UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Manuel Ledesma,<br><br>      Plaintiff,<br><br>  -against-<br><br>El Nazareno Meat Product Corp et al.,<br><br>      Defendants. | 24-CV-9963 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  The Court scheduled an initial pretrial conference on April 1, 2025 at 2:00 PM. Dkt. 5. The Order instructed the parties to file, by Thursday of the week prior to the conference date, a joint letter complying with the Court's Individual Practices, as well as a proposed Civil Case Management Plan. *Id.* at 2.

  The parties have not made either of the required filings. They must do so by **March 31, 2025 at 10:00 AM**.

  SO ORDERED.

Dated: March 28, 2025
    New York, New York

                         ARUN SUBRAMANIAN
                         United States District Judge