UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Manuel Ledesma,<br><br>      Plaintiff,<br><br>  -against-<br><br>El Nazareno Meat Product Corp et al.,<br><br>      Defendants. | 24-CV-9963 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  The parties missed their initial deadline to file the required joint letter and case management plan. In response to a Court order at Dkt. 15, the parties requested an extension, and the Court granted the request and moved the initial pretrial conference to April 23, 2025. Dkt. 19.

  The parties have now again missed the deadline to file the joint letter and case management plan, which is tied to scheduling for the initial pretrial conference. The parties are ordered to submit the required filings by **April 22, 2025 at 12:00 PM**.

  SO ORDERED.

Dated: April 21, 2025
   New York, New York

                    ARUN SUBRAMANIAN
                    United States District Judge