UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Manuel Ledesma,<br><br>       Plaintiff,<br><br>-against-<br><br>El Nazareno Meat Product Corp et al.,<br><br>       Defendants. | 24-CV-9963 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

 On **April 30, 2025** Plaintiff's counsel was ordered to email native versions of the files with damages calculations to SubramanianNYSDChambers@nysd.uscourts.gov if counsel planned to submit calculations in support of a motion for default judgment. *See* Dkt. 31. On **May 15, 2025** Plaintiff's counsel filed a motion for default judgment that references calculations. *See* Dkt. 32. An exhibit ("Exhibit G") documenting the calculations appears to have been omitted from the motion and the Court is not in receipt of any files with calculations.

 It is hereby ORDERED that Plaintiff's counsel file the missing exhibit on the docket and email native versions of the files with the calculations (i.e., versions of the files in their original format, such as in ".xlsx") to SubramanianNYSDChambers@nysd.uscourts.gov by **August 26, 2025.**

 The default judgment hearing is rescheduled to **September 5, 2025 at 3:30 PM**. Unless and until the Court orders otherwise, the conference will be held remotely by telephone in accordance with Paragraph 3.B of the Court's Individual Rules and Practices in Civil Cases. The parties should join the conference by calling the Court's dedicated conference line at (646) 453-4442 and using access code 455 450 54, followed by the pound (#) key.

 Plaintiff is ordered to serve defendants **by August 27, 2025**, with (1) a copy of the omitted exhibit (2) a copy of this order, and (3) a copy of the proposed default judgment order via **overnight courier** and file proof of service by **August 29, 2025 at 12:00 PM**. Plaintiff should also make every effort to send this order to defendants electronically.

  SO ORDERED.

Dated: August 21, 2025
   New York, New York

                           ARUN SUBRAMANIAN
                           United States District Judge