UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Manuel Ledesma,<br><br>                Plaintiff,<br><br>-against-<br><br>El Nazareno Meat Product Corp.; 152 V M Grocery Corp.; Ruben Taveras,<br><br>                Defendants. | 24-CV-9963 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

      The Court held a default judgment hearing this afternoon in which two issues were raised. The first concerns service on defendant Ruben Tavares. The second concerns some of the damages calculations in the default judgment motion.

    Plaintiff is instructed to try to contact defendant Ruben Tavares by phone, either at El Nazareno or by using any other phone number that he may have. Plaintiff should file a letter on the docket by **September 12, 2025** at **3:00 PM** that (1) explains which numbers they called, which numbers they called from, and whether they got a response, and (2) contains answers to the issues raised with the damages calculations in the hearing. Plaintiff should also file a revised proposed judgment by **September 12, 2025** at **3:00 PM** that reflects what the proper damages numbers should be.

    Defendants should be on notice that, unless they make an appearance to contest the default judgment motion, the Court is inclined to grant it. That would mean that there will be a judgment against defendants for tens of thousands of dollars.

      SO ORDERED.

Dated: September 8, 2025
       New York, New York

                                              ARUN SUBRAMANIAN
                                              United States District Judge