UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X Civil Action No. 1:24-cv-09963-AS
MANUEL LEDESMA,

                    Plaintiff,             **~~PROPOSED~~ DEFAULT JUDGMENT**

   -v.-

EL NAZARENO MEAT PRODUCT CORP.,
152 V M GROCERY CORP.,
and RUBEN TAVERAS, individually,

                    Defendants.
-----------------------------------------------------------X

On December 24, 2024, this action was commenced by Plaintiff's filing of the complaint. (ECF No. 1), the First Amended Complaint was filed on March 20, 2025 (ECF No. 12). The Amended Summons and First Complaint having been duly served on Defendants EL NAZARENO MEAT PRODUCT CORP., 152 V M GROCERY CORP. and Defendant RUBEN TAVERAS, individually, said Defendants having failed to plead or otherwise defend in this action, and said default having been duly noted, and upon the annexed declaration of default judgment,

**NOW**, on motion of Plaintiff, by her attorneys STILLMAN LEGAL, P.C. it is hereby

**ORDERED, ADJUDGED AND DECREED:**

That the Plaintiff has judgment against Defendants EL NAZARENO MEAT PRODUCT CORP., 152 V M GROCERY CORP. and Defendant RUBEN TAVERAS, individually in the amount of **$39,940**, including compensatory damages and permissible liquidated damages and prejudgment interest in the amount of **$1,413.74**,

That if any amounts remain unpaid upon the expiration of ninety days following issuance of judgment, or ninety days after expiration of the time to appeal and no appeal is then pending, whichever is later, the total amount of judgement shall automatically increase by fifteen percent, as required by NYLL § 198(4).

To:

EL NAZARENO MEAT PRODUCT CORP.
 Defendant
152 East 171st Street
Bronx, NY 10452

152 V M GROCERY CORP.
 Defendant
152 East 171st Street
Bronx, NY 10452

RUBEN TAVERAS
 Defendant

For the reasons stated on the record at the September 5, 2025, hearing, and based on the submissions made by Plaintiff, and the subsequent inquiries made and calculations furnished by Plaintiff, the motion for default judgment is granted and judgment as set forth above is imposed.

The Clerk of Court is directed to terminate the motion at ECF No. 32 and close this case.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: September 15, 2025